UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD BARTON, JR.,

           Petitioner,

   v.

MELISSA ANDREWJESKI, et al.,

           Respondents.

Case No. C23-1176-RJB-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

On August 9, 2023, Petitioner moved to proceed *in forma pauperis* (IFP) in this habeas action.  Dkt. 3.  The next day, the Court notified Petitioner that his IFP application was deficient because it failed to include a certified copy of his prison trust account statement showing transactions for the last six months.  Dkt. 4.  The Court gave Petitioner until September 11, 2023, to correct his application.  *Id.*

Since that time, Petitioner has filed numerous additional documents with the Court, *see* Dkts. 5–8, but has failed to correct the noted IFP deficiency.  Petitioner is therefore ORDERED,

MINUTE ORDER - 1

by **October 3, 2023**, to correct the IFP deficiency by filing a certified copy of his prison trust account statement showing transactions for the last six months.

Failure to comply with this Order will result in the Court recommending dismissal of this action without prejudice.

Dated this 19th day of September, 2023.

Ravi Subramanian
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2