UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD BARTON, JR.,

        Petitioner,

   v.

MELISSA ANDREWJESKI, et al.,

        Respondents.

Case No. C23-1176-RJB-SKV

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

This is a federal habeas action filed under 28 U.S.C. § 2254.  Petitioner has submitted an application seeking leave to proceed with this action *in forma pauperis*.  Petitioner's application demonstrates that he is unable to afford the $5.00 filing fee.  Petitioner's application to proceed *in forma pauperis*, Dkt. 10, is therefore GRANTED.  The Clerk is directed to file Petitioner's petition for writ of habeas corpus without the prepayment of fees.  The Clerk is further directed to send a copy of this Order to Petitioner.

    Dated this 3rd day of October, 2023.

                                                  S. KATE VAUGHAN
                                                  United States Magistrate Judge