UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD BARTON, JR.,

              Petitioner,

v.

MELISSA ANDREWJESKI, et al.,

              Respondents.

Case No. C23-1176-RJB-SKV

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation (Dkt. 16).

(2)    This action is DISMISSED without prejudice.

(3)    The Clerk is directed to send copies of this Order to the parties and to the Honorable S. Kate Vaughan.

Dated this 4th day of December, 2023.

                                  ROBERT J. BRYAN
                                  United States District Judge